IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kevin H. McKenna,                  :

    Plaintiff,                    :

  v.                                :  Case No. 2:05-cv-0976

Nestle Purina PetCare Company,     :  JUDGE MARBLEY

    Defendant.                    :

ORDER

    The parties shall, within 30 days, develop a schedule for deposing witnesses which shall include the names of deponents, dates for the depositions, and locations for the depositions. With respect to additional written discovery, any party desiring such discovery shall submit the discovery request to the other party.  If such request exceeds the presumptive limits for written discovery set forth in the Federal Rules of Civil Procedure or the Court's Local Civil Rules, the parties shall confer in good faith about whether those limits will be waived.

    Defendant will produce, within ten days, a privilege log concerning documents being withheld from the investigative file concerning plaintiff's internal complaint about sexual harassment.  Defendant shall also provide, within ten days, complete written responses to plaintiff's document request and/or interrogatories concerning plaintiff's email account.

                                  /s/ Terence P. Kemp
                                  United States Magistrate Judge