# Attachment A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN H. MCKENNA | : | |
| | : | CASE NO. C2 05 976 |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | JUDGE MARBLEY |
| | : | |
| NESTLE PURINA PETCARE CO. | : | |
| | : | MAGISTRATE JUDGE KEMP |
| *Defendant.* | : | |

## DEFENDANT NESTLE PURINA PETCARE CO.'S PRIVILEGE LOG

Pursuant to the Court's Order, dated May 17, 2006, Defendant Nestle Purina Petcare Co. (hereinafter "Nestle") hereby submits the following as its Privilege Log. The following documents were withheld from production due to attorney-client privilege and/or the work product doctrine:

① Fax cover sheet dated October 5, 2004 from Carol Kagenski to Mary/Holly [Legal Counsel]. [1]

② Fax cover sheet from Garry DeWit to Attorney Holly Silver dated October 11, 2004.

③ Fax cover sheet from Garry DeWit to Attorney Holly Silver dated October 12, 2004.

④ Fax cover sheet dated October 13, 2004 from Carol Kagenski to Holly/Mary [Legal Counsel]. [2]

⑤ Fax cover sheet dated October 14, 2004 from Carol Kagenski to Holly [Legal Counsel]. [3]

⚠ Fax cover sheet from Carol Kagenski to Attorney Lora Silverman dated June 29, 2005.

Fax cover sheet dated November 2, 2005 from Carol Kagenski to Holly Silver/Garry DeWit (Legal Counsel).

⑥ Email from Attorney Holly Silver to Carol Kagenski dated October 7, 2004. [4]

⑦ Email from Carol Kagenski to Attorney Holly Silver dated October 7, 2004. [5]

⑧ Email from Garry DeWit to Attorney Holly Silver dated October 7, 2004.

⑨ Email from Attorney Holly Silver to Garry DeWit and Attorney Mary Pierce dated October 7, 2004.

⑩ Email from Carol Kagenski to Attorney Holly Silver dated October 7, 2004. [6]

⑪ Email from Attorney Holly Silver to Attorney Walter Sutton dated October 8, 2004.

⑫ Email from Attorney Holly Silver to Carol Kagenski dated October 8, 2004. [7]

⑬ Email from Attorney Holly Silver to Attorney Mary Pierce dated October 8, 2004.

⑭ Email from Attorney Holly Silver to Carol Kagenski dated October 8, 2004. [8]

⑮ Email from Carol Kagenski to Attorney Silver dated October 8, 2004. [9]

⑯ Email with attachments from Attorney Holly Silver to Carol Kagenski dated October 8, 2004. [10]

⑰ Email from Attorney Holly Silver to Carol Kagenski and Garry DeWit dated October 8, 2004. [11]

⑱ Email with attachments from Carol Kagenski to Attorney Holly Silver dated October 8, 2004. [12]

⑲ Email from Carol Kagenski to Attorney Holly Silver dated October 8, 2004. [13]

⑳ Email from Attorney Holly Silver to Garry DeWit dated October 8, 2004.

㉑ Email with attachment from Carol Kagenski to Attorney Holly Silver dated October 8, 2004. [14]

㉒ Email from Attorney Holly Silver to Garry DeWit dated October 8, 2004.

㉓ Email from Carol Kagenski to Attorney Holly Silver dated October 8, 2004. [15]

㉔ Email from Attorney Holly Silver to Attorney Walter Sutton dated October 12, 2004.

2

25. Email from Attorney Mary Pierce to Carol Kagenski and Attorney Holly Silver dated October 12, 2004. [16]

26. Email with attachments from Attorney Mary Pierce to Attorney Walter Sutton dated October 12, 2004.

27. Three emails from Carol Kagenski to Attorney Mary Pierce dated October 12, 2004. [17]

28. Email from Carol Kagenski to Attorney Holly Silver dated October 12, 2004. [18]

29. Email from Carol Kagenski to Attorney Holly Silver dated October 14, 2004. [19]

30. Email from Attorney Holly Silver to Carol Kagenski dated October 14, 2004. [20]

31. Email from Carol Kagenski to Attorney Holly Silver dated October 14, 2004. [21]

32. Email from Attorney Holly Silver to Carol Kagenski dated October 14, 2004. [22]

33. Email from Carol Kagenski to Attorney Holly Silver and Attorney Mary Pierce dated October 14, 2004. [23]

34. Email from Carol Kagenski to Attorney Holly Silver dated October 14, 2004. [24]

35. Email from Attorney Holly Silver to Carol Kagenaki dated October 15, 2004. [25]

36. Email from Carol Kagenski to Attorney Holly Silver dated October 15, 2004. [26]

37. Email from Attorney Holly Silver to Carol Kagenski dated October 15, 2004. [27]

38. Email from Attorney Holly Silver to Attorney Mary Pierce and Attorney Walter Sutton dated October 15, 2004.

39. Email from Attorney Holly Silver to Attorney Mary Pierce and Attorney Walter Sutton dated October 18, 2004.

2. Email from Carol Kagenski to Garry DeWit, Attorney Holly Silver, and Dante Benincasa dated June 13, 2005.

3. Email from Attorney Holly Silver to Attorney Lora Silverman and Attorney Stadler Tyson dated June 13, 2005.

4. Email from Attorney Holly Silver to Garry DeWit dated June 13, 2005.

5. Email from Garry DeWit to Carol Kagenski, Attorney Holly Silver, and Dante Benincasa dated June 13, 2005.


 Email from Carol Kagenski to Garry DeWit, Attorney Holly Silver, and Dante Benincasa dated June 13, 2005.

 Email from Carol Kagenski to Attorney Lora Silverman dated June 24, 2005.

 Email from Attorney Lora Silverman to Carol Kagenski dated June 24, 2005.

 Email from Carol Kagenski to Attorney Lora Silverman dated June 29, 2005.

Email from Carol Kagenski to Attorney Lora Silverman and Attorney Holly Silver dated June 30, 2005.

Email from Attorney Holly Silver to Attorney Stadler Tyson dated August 22, 2005.

Email from Garry DeWit to Attorney Silver dated August 22, 2005.

Email from Attorney Holly Silver to Attorney Stadler Tyson dated August 17, 2005.

Email from Dante Benincasa to Garry DeWit and Attorney Holly Silver dated August 17, 2005.

 Fax of Investigation Statement from Carol Kagenski to Attorney Holly Silver dated October 15, 2004.

Attorney Lora Silverman's Client File.

 Attorney Noted dated October 4, 2004.

 Attorney Notes dated October 15, 2004.

 Draft of Position Statement to EEOC with comments and revisions handwritten.

4

Respectfully submitted,

**MAGUIRE & SCHNEIDER, LLP**

/s/ Keith W. Schneider
Keith W. Schneider    (#0041616)
kwschneider@ms-lawfirm.com
Jonathan R. Secrest    (#0075445)
jsecrest@ms-lawfirm.com
Sharlene L. Chance    (#0070999)
schance@ms-lawfirm.com
250 Civic Center Drive, Suite 500
Columbus, Ohio 43215
Telephone: (614) 224-1222
Facsimile: (614) 224-1236
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and regular U.S. Mail, postage pre-paid, this 26th day of May 2006, to the following:

Kevin H. McKenna
4885 Adamsville Road
Zanesville, Ohio 43701
*Pro Se* **Plaintiff**

/s/ Keith W. Schneider
Keith W. Schneider (#0041616)