IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2006 JUN 16 P 1:10

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| KEVIN H. MCKENNA | : | |
| | : | CASE NO. C2 05 976 |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | JUDGE MARBLEY |
| | : | |
| NESTLE PURINA PETCARE CO. | : | |
| | : | MAGISTRATE JUDGE KEMP |
| *Defendant.* | : | |

### PLAINTIFF, KEVIN H. MCKENNA'S MOTION, REQUESTING CLARIFICATION FROM THIS COURT, ON MATTERS FROM THE APRIL 6, 2006 DISCOVERY CONFERENCE

The Plaintiff, Kevin H. McKenna, respectfully requests this Court clarify the instructions[1], of all actions which were to be taken by the Defendant, Nestle Purina PetCare Co., pursuant to the April 6, 2006 Discovery Conference. The Plaintiff is both grateful and apologetic for the efforts this Court may undertake to satisfy this request, that is/was rightfully the Plaintiff's duty to have undertaken at the conference.

Respectfully Submitted,

Kevin H. McKenna, Plaintiff (Pro Se)
kmckenn@columbus.rr.com
4885 Adamsville Road
Zanesville, Ohio 43701
(740)452-3124

---

[1] At the closing of the April 6, 2006 Discovery Conference, Magistrate Judge Kemp had brought the Plaintiff's attention to a "Legal Pad", where he (Magistrate Judge Kemp) indicated that informal notes had been taken in regards to key issues discussed during the conference.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail to the address below, on Friday, June 16, 2006, to the address(es) within the following:

Keith W. Schneider (#0041616)
kwschneider@ms-lawfirm.com
Jonathan R. Secrest (#0075445)
jsecrest@ms-lawfirm.com
250 Civic Center Drive, Suite 200
Columbus, Ohio 43215

_/s/ Kevin H. McKenna_
Kevin H. McKenna, Plaintiff (Pro Se)
kmckenn@columbus.rr.com
4885 Adamsville Road
Zanesville, Ohio 43701
(740)452-3124