# *UNITED STATES DISTRICT COURT*

*SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **KEVIN H. MCKENNA,** | : |
| **Plaintiff,** | : |
| | : |
| | : Case No. C2-05-976 |
| v. | : |
| | : |
| **NESTLE PURINA PETCARE CO.,** | : **JUDGE ALGENON L. MARBLEY** |
| | : Magistrate Judge Mark Abel |
| **Defendant.** | : |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 31, 2009 Opinion and Order, defendant's motion for summary judgment is **GRANTED,** plaintiff's motion for summary judgment is **DENIED**. Judgment is entered for the Defendant. This case is **DISMISSED.**

Date: **March 31, 2009**     James Bonini, Clerk

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk