**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **KEVIN H. MCKENNA,** | : | |
| Plaintiff, | : | Case No. C2-05-976 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **NESTLE PURINA PETCARE CO.,** | : | Magistrate Judge Kemp |
| Defendant. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the January 3, 2011 Opinion and Order, McKenna's Motion to Set Aside Judgment for Fraud on the Court **is DENIED**. Nestle's Motion for Sanctions and to Declare Kevin McKenna a Vexatious Litigator is **DENIED IN PART AND GRANTED IN PART.** This case is **DISMISSED**.

Date: **January 3, 2011**       James Bonini, Clerk

                                      s/Betty L. Clark
                                      Betty L. Clark/Deputy Clerk